AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

Connie Holmes and Christine Trease,

    Plaintiffs,

v.

Crown Asset Management, LLC,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:19-cv-00758-HCN

IT IS ORDERED AND ADJUDGED

That this action is dismissed. The federal claim is dismissed with prejudice and the state-law claim is dismissed without prejudice.

August 6, 2021
*Date*

BY THE COURT:

_____
Howard C. Nielson, Jr.
United States District Judge